454

## THOMAS v. STATE.
### No. 18111.

Court of Criminal Appeals of Texas.
March 25, 1936.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

MORROW, Presiding Judge.

The conviction is for the unlawful sale of intoxicating liquor; penalty assessed at confinement in the penitentiary for one year.

Since the conviction of the appellant, the law upon which the prosecution is founded has been repealed. See Meadows v. State (Tex.Cr.App.) 88 S.W.(2d) 481.

The judgment is reversed, and the prosecution ordered dismissed.

## HENDERSON v. STATE.
### No. 18103.

Court of Criminal Appeals of Texas.
March 25, 1936.

W. V. Geppert and E. R. Simmons, both of Teague, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

HAWKINS, Judge.

Conviction is for unlawful possession of a still for the manufacture of spirituous liquor; punishment being assessed at one year in the penitentiary.

Since the conviction in this case the law under which the prosecution proceeded has been repealed. See Meadows v. State (Tex. Cr.App.) 88 S.W.(2d) 481.

The judgment is reversed and the prosecution ordered dismissed.